612

EX PARTE James LARRY

(In re: James Larry

v.

District Judge Jerry L. Batts and Small Claims Ct. of Limestone Cty.)

2140268

Court of Civil Appeals of Alabama.

01/22/2015

Mand. pet. dismissed

EX PARTE Eric J. CHAMBERLIN

(In re: Amanda J. Chamberlin

v.

Eric J. Chamberlin)

2140277

Court of Civil Appeals of Alabama.

01/22/2015

Mand. pet. denied

Mildred G. JOHNSON

v.

Dan WRIGHT, director, Chilton Co. 911, et al.

2140279

Court of Civil Appeals of Alabama.

03/05/2015

Dismissed

Donald Dewayne MICHAEL

v.

Paige Marie MICHAEL

2140284

Court of Civil Appeals of Alabama.

03/04/2015

Dismissed

Angela Caine TURNER (Drees)

v.

Kile T. TURNER

2140285

Court of Civil Appeals of Alabama.

02/24/2015

Dismissed